JOHN MURPHY and another, Appellants, *v.* JAMES F. KEYES, Respondent.

*Stipulation that one action abide event of an appeal in another — effect of — Execution.*

Three actions were pending between the same parties, two in this court, and one in the Superior Court. The plaintiffs having recovered judgment in the Superior Court, it was stipulated by the parties to the actions, that the plaintiffs might enter judgments in the actions in this court; that the testimony, rulings and exceptions in the case in the Superior Court should apply to such actions; and that the actions in this court should abide the event of an appeal to be taken from the judgment in the Superior Court. *Held,* that the effect of this stipulation, was to stay all proceedings in the actions in this court, during the appeal from the judgment in the Superior Court, and that executions, issued on the judgments entered in this court, were properly set aside.

APPEAL from an order setting aside an execution issued on a judgment entered in this action.

*Nelson Smith,* for the appellants.

*James F. Malcolm,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and LAWRENCE, J., concurred.

. Order affirmed, with ten dollars costs and disbursements.